◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

SHERRI MCSWAIN

V.

PROVIDENT LIFE AND ACCIDENT INSURANCE
COMPANY, A DIVISION OF UNUMPROVIDENT
CORPORATION, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06CV1009-WKW

TO: (Name and address of Defendant)

    The Corporation Company
    c/o: Provident Life & Accident Insurance
        Company, A Division of Unumprovident
        Corporation, Inc.
    2000 Interstate Parkway, Suite 204
    Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    JOSEPH W. LEWIS
    JOHN E. BYRD, JR.
    P.O. Box 536
    Dothan, Alabama 36302

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(By) DEPUTY CLERK

DATE 11/13/06