- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Coroporation Company
Unumprovident Corporation
2000 Interstate Parkway, Ste.204
Montgomery, Alabama 36109

*used new # - you didn't put bar coded cert # on letter*

7006 0810 0005 3142 1826

2. Article Number
   (Transfer from service label)

7002 2410 0007 9874 2728

PS Form 3811, August 2001   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Slauson
☐ Agent
☑ Addressee

B. Received by ( Printed Name)
S. Slauson

C. Date of Delivery
11-14-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

06 CV 009
SYC

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2ACPRI-03-P-4081