## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERRI McSWAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:06 CV-1009-WKW |
| | ) | |
| PROVIDENT LIFE AND | ) | |
| ACCIDENT INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

The Defendant improperly identified in the Complaint as Provident Life and Accident Insurance Company, and pursuant to Federal Rule of Civil Procedure 7.1, identifies the following affiliated corporations:

1.    UnumProvident Corporation;

2.    UNUM Holding Company;

3.    The Paul Revere Life Insurance Company;

4.    Unum Life Insurance Company of America; and

5.    First Provident Life Insurance Company.

Respectfully submitted,

s/ **John S. Johnson_____**

JOHN S. JOHNSON
Bar ID ASB-7114-H67J

OF COUNSEL:
HAND ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
Telephone:  (205) 324-4400
Facsimile:   (205) 397-1307
E-mail:       jjohnson@handarendall.com

HENRY T. MORRISSETTE
Bar ID ASB-7622-E54H

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Telephone:  (251) 432-5511
Facsimile:   (251) 694-6375
E-mail:  hmorrissette@handarendall.com

Attorneys for Provident Life & Accident
Insurance Company

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| SHERRI McSWAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:06 CV-1009-WKW |
| | ) | |
| PROVIDENT LIFE AND | ) | |
| ACCIDENT INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

---

### CERTIFICATE OF SERVICE

---

I hereby certify that on March 2, 2007, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send notification of

such filing to the following:

Joseph W. Lewis            bblbjlaw@centurytel.net
John E. Byrd, Jr.
P.O. Box 536
Dothan, Alabama 36302

s/ **John S. Johnson_____**
OF COUNSEL