IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHERRI McSWAIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:06-cv-1009-WKW |
| | ) |
| **PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff shall file a response and brief with respect to Defendant Provident Life and Accident Insurance Company's Motion for Protective Order and Objection to Plaintiff's Expert (Doc. #10) on or before **June 22, 2007**. No reply will be allowed.

DONE this 5th day of June, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE