IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

SHERRI MCSWAIN, )
)
Plaintiff, )
)
v. ) CASE NO. 1:06-CV-1009-WKW
)
UNUM LIFE INSURANCE COMPANY OF AMERICA, )
)
Defendants, )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW SHERRI MCSWAIN, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |
|  |  |
|  |  |

6/25/2007
Date

\s\ Joseph W. Lewis
(Signature)

Joseph W. Lewis
(Counsel's Name)

Sherri McSwain
Counsel for (print names of all parties)

211 West Main Street, Suite 1
Dothan, Alabama 36301
Address, City, State Zip Code

334-794-0759
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Joseph W. Lewis, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25 day of June 20 07, to:

Honorable John S. Johnson, Hand Arendall, L.L.C., 1200 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203

Honorable Henry T. Morrissette, Hand Arendall, L.L.C., P.O. Box 123, Mobile, Alabama 36601

6/25/2007
Date

\s\ Joseph W. Lewis
Signature