IN THE UNITED DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRI MCSWAIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO.: 1:06-CV-1009-WKW |
| | ) |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) |
| | ) |
| DEFENDANTS. | ) |

## NOTICE OF DISCOVERY

Plaintiff, Sherri McSwain, hereby gives notice of service of the following discovery:

[ ] Request for Production of Documents to Plaintiff
[ ] Request for Admissions to Plaintiff
[ ] Plaintiff's Response to Defendant's Request for Admissions
[X] Plaintiff's Answers to Interrogatories
[ ] Notice of Taking Deposition
[ ] Other _____

Respectfully submitted this the 11th day of July, 2007.

\s\ Joseph W. Lewis
JOSEPH W. LEWIS (LEW 048)
JOHN E. BYRD, JR. (BYR 020)
Attorneys for Plaintiff
P.O. Box 536
Dothan, Alabama 36302
(334)794-0759
(334)792-0163 Fax

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a electronic copy of the foregoing upon the Honorable John S. Johnson, Hand Arendall, L.L.C., Attorneys at Law, 1200 Park Place Tower, 2001 Park Place North, Birmingham, Alabama 35203 and Henry T. Morrissette, Hand Arendall, L.L.C., Attorneys at Law, P.O. Box 123, Mobile, Alabama 36601 by placing a copy of same postage prepaid and properly addressed in the U.S. mail.

Dated this the 11th day of July, 2007.

\s\ Joseph W. Lewis
JOSEPH W. LEWIS
JOHN E. BYRD, JR.