IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRI McSWAIN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 1:06 CV-1009-WKW ) |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Unum Life Insurance Company of America ("Unum Life"), improperly identified in the Complaint as Provident Life and Accident Insurance Company,[1] pursuant to FED. R. CIV. P. 56, respectfully moves this Court for summary judgment in its favor as to all claims asserted against it in this action. As grounds for its motion, Unum Life will show the Court that there is no genuine issue of material fact, and that it is entitled to judgment as a matter of law. Unum Life will demonstrate that its decision was correct and reasonable under the law.

---

[1] Unum Life Insurance Company of America ("Unum Life") issued the applicable policy and is the only proper Defendant.

Unum Life contemporaneously herewith files a brief and evidentiary submissions in support of this Motion.

        Respectfully submitted,

s/ **John S. Johnson**
JOHN S. JOHNSON
Bar ID ASB-7114-H67J

OF COUNSEL:
HAND ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama  35203
Telephone:  (205) 324-4400
Facsimile:   (205) 397-1307
E-mail:       jjohnson@handarendall.com

HENRY T. MORRISSETTE
Bar ID ASB-7622-E54H

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama  36601
Telephone:  (251) 432-5511
Facsimile:   (251) 694-6375
E-mail: hmorrissette@handarendall.com

Attorneys for Defendant improperly styled as Provident Life & Accident Insurance Company

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRI McSWAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:06 CV-1009-WKW |
| ) | |
| PROVIDENT LIFE AND ) | |
| ACCIDENT INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Joseph W. Lewis          bblbjlaw@centurytel.net
John E. Byrd, Jr.
P.O. Box 536
Dothan, Alabama 36302

                                       s/ **John S. Johnson**
                                       OF COUNSEL

3