IN THE UNITED DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRI MCSWAIN, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO.: 1:06-CV-1009-WKW |
| | ) |
| PROVIDENT LIFE AND | ) |
| ACCIDENT INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| DEFENDANTS. | ) |

## MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff, Sherri McSwain, and moves this Court to deny Defendant, Provident Life and Accident Insurance Company's, Motion for Summary Judgment as to all counts in Plaintiff's Complaint. Plaintiff submits that there are genuine issues of material fact and that Defendants are not entitled to Summary Judgment as a matter of law.

WHEREFORE, Plaintiff moves this Court for an order denying said Defendant's Motion for Summary Judgment.

Respectfully submitted this the 21st day of September, 2007.

/s/ Joseph W. Lewis
JOSEPH W. LEWIS (LEW 048)
Attorney for Plaintiff
P.O. Box 536
Dothan, Alabama 36302
(334)794-0759
(334)792-0163 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send electronic notification of such filing to the following or I will send in the US mail if not electronically mailed:

**Honorable John S. Johnson**
**Hand Arendall, L.L.C.**
**1200 Park Place Tower**
**2001 Park Place North**
**Birmingham, Alabama 35203**

**Honorable Henry T. Morrissette**
**Hand Arendall, L.L.C.**
**P.O. Box 123**
**Mobile, Alabama 36601**