IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRI McSWAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:06 CV-1009-WKW |
| | ) |
| PROVIDENT LIFE AND | ) |
| ACCIDENT INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE CONCERNING
## SETTLEMENT CONFERENCE AND MEDIATION

Plaintiff Sherri McSwain hereby notifies the Court that counsel for the parties met face-to-face to engage in a good faith settlement conference on September 27, 2007. The parties were unable to settle this case, but they agree that mediation will likely assist them in resolving this case before trial. The parties request that the case be mediated by the Magistrate Judge assigned to the case.

Respectfully submitted,

\s\ Joseph W. Lewis
Joseph W. Lewis (LEW 048)
Attorney for Plaintiff
P.O. Box 536
Dothan, Alabama 36302
(334) 794-0759
(334) 792-0163 fax

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRI McSWAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 1:06 CV-1009-WKW |
| ) | |
| PROVIDENT LIFE AND ) | |
| ACCIDENT INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

John S. Johnson
Hand Arendall, L.L.C.
2001 Park Place North, Suite 1200
Birmingham, Alabama 35203
E-mail:    jjohnson@handarendall.com

Henry T. Morrissette
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
E-mail: hmorrissette@handarendall.com

\s\ Joseph W. Lewis
OF COUNSEL

2