IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRI McSWAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:06-cv-1009-WKW |
| ) | |
| PROVIDENT LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court has been notified that the parties have settled this case. All remaining dates and deadlines, including the pretrial and trial date are CANCELLED. The parties are ORDERED to file a joint stipulation of dismissal on or before **November 27, 2007.**

DONE this 1st day of November, 2007.

       /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE