IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERRI McSWAIN, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 1:06 CV-1009-WKW |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Sherri McSwain and Defendant Unum Life Insurance Company of America ("Unum Life"), improperly identified in the Complaint as Provident Life and Accident Insurance Company, by and through the undersigned counsel, having settled all claims that were or could have been asserted by the parties against each other in the above-styled action, stipulate to the dismissal, with prejudice, of this action and of any and all claims which the parties may have against each other. The parties will bear their own costs.

Respectfully submitted on this 5th day of November, 2007.

Respectfully submitted,

_____

JOSEPH W. LEWIS
JOHN E. BYRD, JR.
Attorneys for Plaintiff Sherri McSwain

P.O. Box 536
Dothan, Alabama 36302

_____
JOHN S. JOHNSON
Bar ID ASB-7114-H67J

OF COUNSEL:
HAND ARENDALL, L.L.C.
1200 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Telephone: (205) 324-4400
Facsimile: (205) 397-1307
E-mail: jjohnson@handarendall.com

HENRY T. MORRISSETTE
Bar ID ASB-7622-E54H

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
Telephone: (251) 432-5511
Facsimile: (251) 694-6375
E-mail: hmorrissette@handarendall.com

Attorneys for Defendant improperly styled as Provident Life & Accident Insurance Company